IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-06-021 |
| JUAN ELVIS JAIMES-CHAVEZ | § | |

O R D E R

BE IT REMEMBERED on this 27th day of April, 2006, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed January 18, 2006, wherein the defendant Juan Elvis Jaimes-Chavez waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Juan Elvis Jaimes-Chavez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. **The Court finds the Defendant Juan Elvis Jaimes-Chavez guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 USC 1326(a).**

SIGNED this the 27th day of April, 2006.

Andrew S. Hanen
United States District Judge